**Order entered June 6, 2022**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00231-CV

**WESCO INSURANCE COMPANY, Appellant**

**V.**

**WESTWOOD MOTORCARS, LLC; WESTWOOD MOTORS, LLC; IGOR HAJDUCH; AND VERA HAJDUCH, Appellees**

**On Appeal from the 134th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-20-17267**

## ORDER

Before the Court is appellant's June 3, 2022 motion for extension of time to file its brief. We **GRANT** the motion and **ORDER** the brief be filed no later than July 11, 2022.

/s/     CRAIG SMITH
        JUSTICE